United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERGIO LUIS GALLO REYES, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-01542 |
| RAYMOND THOMPSON, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Based on the Fifth Circuit's recent grant of *en banc* review in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 10, 2026), the Court **ORDERS** as follows:

1. The pending motion for reconsideration (Doc. No. 8) is **GRANTED in part**, insofar as the Court's Order granting partial relief (Doc. No. 7) is **STAYED** until the Fifth Circuit issues its *en banc* decision.

2. All current deadlines are **VACATED** pending the Court's amendment of its Order granting partial relief.

**SO ORDERED**.

SIGNED on this _____28th_____ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1